UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHANETTE UPCHURCH o/b/o Q.T., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:07CV749 CDP ) |
| MICHAEL J. ASTRUE, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks fees in the amount $1,781.12. Defendant does not oppose the motion.

On August 29, 2008, I reversed the decision of the Commissioner, awarded plaintiff benefits, and remanded to defendant for calculation and award of benefits. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff is entitled to an award in the amount requested of $1,781.12.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#22] is granted, and defendant shall pay plaintiff $1,781.12 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October, 2008.